UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LORI THURMAN,

    Plaintiff,

v.                                        Case No: 5:15-cv-34-Oc-39PRL

GLASS MOUNTAIN CAPITAL LLC,

    Defendant.
_____/

### ORDER OF DISMISSAL

This matter is before the Court on the Notice of Voluntary Dismissal With Prejudice (Doc. 7; Notice) filed by Plaintiff on March 26, 2015. In the Notice, Plaintiff states that she is voluntarily dismissing the claims raised in this action. See Notice at 1. Upon review of the docket, the Court notes that Defendant has neither served an answer nor a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. The Clerk of the Court is directed to close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 27th day of March, 2015.

_____
BRIAN J. DAVIS
United States District Judge

- 2 -

em

Copies to:

Counsel of Record